FILED - USDC - FLMD - JAX
JUN 17 2025 PM1:34

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

DUSTIN DUFAULT,

Plaintiff,

v.

NASSAU COUNTY SHERIFF'S OFFICE, et al.,

Defendants.

Case No.: [To be assigned] 3:25-cv-683-MMH-MCR

## MOTION FOR PERMISSION TO FILE ELECTRONICALLY THROUGH CM/ECF

Plaintiff Dustin DuFault, appearing pro se, respectfully moves this Court for permission to electronically file documents through the Court's CM/ECF system. In support of this motion, Plaintiff states:

1. Plaintiff is not represented by counsel and is proceeding pro se in this matter.

2. Plaintiff has access to a reliable internet connection and an active email account.

3. Plaintiff is capable of complying with the Court's rules for electronic filing.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and permit Plaintiff to electronically file documents using the CM/ECF system.

Respectfully submitted,

Dustin DuFault

Dustin DuFault

815 Stanley Drive

**Fernandina Beach, FL, 32034**

**410.982.9607**

**dustin@halcyonharbor.com**