UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


Dustin DuFault, Plaintiff,


                                    Case No. 3:25-cv-00683-MMH-MCR

v.


Sheriff Bill Leeper, in his official

capacity, et al., Defendants.



### PLAINTIFF'S AMENDED MOTION FOR PERMISSION TO FILE ELECTRONICALLY AND TO ACCEPT ELECTRONIC SERVICE, AND MEMORANDUM OF LAW


Plaintiff, pro se, respectfully moves for leave to use the Court's CM/ECF system pursuant to the Middle District of Florida Administrative Procedures for Electronic Filing § B.4 and Local Rule 3.01(a), and states:

1. Good cause. Plaintiff resides in Nassau County. The Jacksonville Division courthouse is a considerable distance from Plaintiff's residence, and, given Plaintiff's financial circumstances, the cost and time required to travel to the clerk's office to file in person would be burdensome and could impede timely

compliance with Court deadlines. Allowing CM/ECF access will reduce cost and delay and enable prompt filings and responses.

2. Additional circumstances. Plaintiff anticipates periods of out-of-state travel for work and family obligations over the next several weeks. Electronic filing and service will ensure Plaintiff can meet deadlines and receive orders without interruption while away.

3. Compliance. If granted access, Plaintiff will complete the CM/ECF training module, comply with the Administrative Procedures and Local Rules, maintain a current email address, and promptly review all Notices of Electronic Filing (NEFs). Plaintiff understands credentials are personal and will not be shared.

4. Consent to electronic service. Plaintiff consents to receive service of all filings and orders via CM/ECF in this case and will monitor the docket accordingly.

5. Conferral. No defendant has appeared; therefore, a Local Rule 3.01(g) conference is not feasible at this time. Plaintiff will confer as required once counsel appears.

## MEMORANDUM OF LAW

Under the Court's Administrative Procedures for Electronic Filing § B.4, a pro se litigant may file electronically only by court order. Local Rule 3.01(a) requires a motion stating the relief requested with a supporting memorandum.

District courts routinely allow pro se CM/ECF use upon a showing of good cause and assurances of compliance. The facts above establish good cause here and the relief will not prejudice any party.

WHEREFORE, Plaintiff respectfully requests an order authorizing him to register for and use CM/ECF in this case, including acceptance of electronic service, subject to all applicable rules and procedures.

Respectfully submitted,

Dated: July 31, 2025

Dustin DuFault

815 Stanley Dr

Fernandina Beach, FL 32034

Tel: 410.982.9607

Email: legalservice@halcyonharbor.com

Pro Se Plaintiff

## CERTIFICATE REGARDING SERVICE

No defendant has been served under Federal Rule of Civil Procedure 4 or appeared in this action. Accordingly, there is presently no attorney of record and no party subject to Rule 5 service for this filing. Plaintiff will serve this paper promptly on any defendant who is served under Rule 4 or who appears, and will serve all subsequent filings as required by Rule 5.

A courtesy copy of this filing was sent to the Nassau County Sheriff's Office General Counsel on July 31, 2025, by email.