UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Dustin DuFault, Plaintiff,

Case No. 3:25-cv-00683-MMH-MCR

v.

Sheriff Bill Leeper, in his official

capacity, et al., Defendants.

## SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS (AO 239)

I, Dustin DuFault, declare under penalty of perjury:

1. Purpose. This supplement responds to the Court's July 24, 2025 Order and explains my current finances, how basic expenses are met despite no earned income, and what changes I reasonably expect over the next twelve months.

2. Current income ($0) and how I meet necessities. I presently have no earned income. My basic living expenses are covered through family support, which includes both modest direct assistance and in-kind help (e.g., food,

utilities, transportation). I do not receive regular public assistance. I do not have cash savings available for court fees.

3. Monthly expenses (estimates). My ordinary monthly obligations include housing, utilities, food/household needs, transportation (fuel/insurance/maintenance), medical costs, and child-related expenses. Where a third party pays an expense directly, I do not receive cash in lieu. I will supply approximate dollar amounts for each category on the AO-239 form so that no fields are left blank.

4. Assets and liquidity. My principal asset is my homestead, which is presently non-liquid and requires repairs/renovation. Family members have contributed labor toward those repairs. I lack access to liquid credit or investment accounts, and I have no retirement funds that can be accessed without penalty. In short, I do not have funds available to prepay filing fees at this time.

5. Anticipated changes. I anticipate listing and selling the homestead when repairs are complete. Any proceeds will be needed to (a) secure replacement housing closer to my children and (b) re-establish my construction business, which currently cannot operate without working capital. While a sale may provide some capital in the future, the case requires action now; I presently have no liquid funds to pay the filing fee. If my financial circumstances materially improve, I will promptly notify the Court.

6. Completeness. In the amended AO-239, I have completed every field (using "N/A" when appropriate) and will attach this supplement so the Court can see clearly how my expenses are met in the absence of income.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 31, 2025.

Respectfully submitted,

Dustin DuFault
815 Stanley Dr
Fernandina Beach, FL 32034
Tel: 410.982.9607
Email: legalservice@halcyonharbor.com
Pro Se Plaintiff

## CERTIFICATE REGARDING SERVICE

No defendant has been served under Federal Rule of Civil Procedure 4 or appeared in this action. Accordingly, there is presently no attorney of record and no party subject to Rule 5 service for this filing. Plaintiff will serve this paper promptly on any defendant who is served under Rule 4 or who appears, and will serve all subsequent filings as required by Rule 5.

A courtesy copy of this filing was sent to the Nassau County Sheriff's Office General Counsel on July 31, 2025, by email.