UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUSTIN DUFAULT,

    Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NO. 3:25-cv-683-MMH-MCR

NASSAU COUNTY SHERIFF'S
OFFICE, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on *pro se* Plaintiff's Amended Motion for Permission to File Electronically and to Accept Electronic Service ("Motion") (Doc. 5). *Pro se* litigants are not permitted to file electronically without a court order. M.D. Fla. Admin. Procedures for Electronic Filing B.4. Plaintiff does not provide any sufficient justification for departing from the general procedure. Specifically, although Plaintiff resides in Nassau County, he provides no reason why he cannot mail his papers to the Courthouse rather than hand delivering them. Additionally, Plaintiff's vague assertion that he may be traveling in the near future is insufficient to allow electronic filing at this time. In short, there is no indication that Plaintiff cannot effectively prosecute his case under current conditions.

2

Accordingly, it is **ORDERED**:

The Motion (**Doc. 5**) is **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, on September 11, 2025.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

*Pro se* Plaintiff