FILED - USDC - FLMD - JAX
SEP 24 2025 PM3:34

In The United States District Court
For The Middle District Of Florida
Jacksonville Division

Dustin DuFault,

Plaintiff,

3:25-cv-683-MMH-MCR

V.

Sheriff Bill Leeper, In His Official Capacity
as Sheriff of Nassau County;
Director John Anstett, In His Individual Capacity;
Sergeant Kellam Paolillo, In His Individual Capacity; And
Detective Ivan Pinkston, In His Individual Capacity;

Defendants.

**MOTION FOR TWO-DAY EXTENSION OF TIME TO FILE AMENDED COMPLAINT (FRCP 6(b)(1)(B) - EXCUSABLE NEGLECT)**

Plaintiff Dustin DuFault, pro se, moves for a two-day extension to file the Amended Complaint by September 26, 2025, per the Court's order (Docket # 8). Good cause exists under FRCP 6(b)(1)(B):

1. The deadline is September 24, 2025, or risk recommendation of dismissal.

2. Plaintiff has diligently prepared (e.g., redacting minors per FRCP 5.2, assembling exhibits like Composite F, detailing facts across trespass/records/abuse sections), but excusable neglect occurred due to sleep deprivation from overnight preparation and pro se constraints in verifying details/citations. Attached as Exhibit A is the proposed Amended Complaint,

reflecting substantial compliance with FRCP 8(a) and including sequential facts, counts, and prayer.

3. Pioneer factors favor grant: (a) No prejudice to unserved Defendants (case recent, no discovery); (b) Minimal two-day delay; (c) Excusable pro se reason (exhaustion amid diligence); (d) Good faith, as evidenced by the attached draft.

4. Extension promotes access to justice for pro se litigant (*Haines v. Kerner*, 404 U.S. 519 (1972)).

Plaintiff requests the two-day extension and such other relief as just.

Dated: September 24, 2025

Dustin DuFault

Pro Se Plaintiff
815 Stanley Dr
Fernandina Beach, FL 32034
dustin@halcyonharbor.com