In The United States District Court
For The Middle District Of Florida
Jacksonville Division

FILED
12/15/2025
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

Dustin DuFault,

Plaintiff, CASE NO. 3:25-cv-683-MMH-MCR

V.

Sheriff Bill Leeper, In His Official Capacity
as Sheriff of Nassau County;
Director John Anstett, In His Individual Capacity;
Director Robert "Bobby" Lippelman, In His Individual Capacity;
Sergeant Kellam Paolillo, In His Individual Capacity; And
Detective Ivan Pinkston, In His Individual Capacity;

Defendants.

## SUPPLEMENTAL DECLARATION IN SUPPORT OF RENEWED MOTION TO PROCEED IN FORMA PAUPERIS (AO 239)

I, Dustin DuFault, declare under penalty of perjury:

1. Purpose. This supplement responds to the Court's December 11, 2025 Order and explains my current finances, how basic expenses are met despite no earned income, and what changes I reasonably expect over the next twelve months.

2. Current income ($0) and how I meet necessities. I presently have no earned income. My basic living expenses are covered through family support, which includes both modest direct assistance and in-kind help (e.g., food, utilities, transportation). I do not receive regular public assistance. I do not have cash savings available for court fees.

3. Monthly expenses (estimates). My ordinary monthly obligations include housing, utilities, food/household needs, transportation (fuel/insurance/maintenance), medical costs, and child-related expenses. Where a third party pays an expense directly, I do not receive cash in lieu. I will supply approximate dollar amounts for each category on the AO-239 form so that no fields are left blank.

4. Assets and liquidity. My principal asset is my homestead, which is presently non-liquid and is listed for sale on MLS. I lack access to liquid credit or investment accounts, and I have no retirement funds that can be accessed without penalty. In short, I do not have funds available to prepay filing fees at this time.

5. Anticipated changes. I anticipate listing and selling the homestead when repairs are complete. Any proceeds will be needed to (a) secure replacement housing closer to my children and (b) re-establish my construction business, which currently cannot operate without working capital. While a sale may provide some capital in the future, the case requires action now; I presently have

no liquid funds to pay the filing fee. If my financial circumstances materially improve, I will promptly notify the Court.

6. Completeness. In the amended AO-239, I have completed every field (using "N/A" when appropriate) and will attach this supplement so the Court can see clearly how my expenses are met in the absence of income.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2025.

Respectfully submitted,

Dustin DuFault
815 Stanley Dr
Fernandina Beach, FL 32034
Tel: 410.982.9607
Email: legalservice@halcyonharbor.com
Pro Se Plaintiff

**CERTIFICATE REGARDING SERVICE**

No defendant has been served under Federal Rule of Civil Procedure 4 or appeared in this action. Accordingly, there is presently no attorney of record and no party subject to Rule 5 service for this filing. Plaintiff will serve this paper promptly on any defendant who is served under Rule 4 or who appears, and will serve all subsequent filings as required by Rule 5.