In The United States District Court
For The Middle District Of Florida
Jacksonville Division

Dustin DuFault,

Plaintiff, CASE NO. 3:25-cv-683-MMH-MCR

V.

Sheriff Bill Leeper, In His Official Capacity
as Sheriff of Nassau County;
Director John Anstett, In His Individual Capacity;
Director Robert "Bobby" Lippelman, In His Individual Capacity;
Sergeant Kellam Paolillo, In His Individual Capacity; And
Detective Ivan Pinkston, In His Individual Capacity;

Defendants.

# PLAINTIFF'S MOTION TO DIRECT SERVICE BY THE UNITED STATES MARSHAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(c)(3)

Plaintiff, Dustin DuFault, proceeding pro se and in forma pauperis, respectfully moves the Court for an order directing the United States Marshal to serve the Summons and Complaint on Defendants pursuant to Federal Rule of Civil Procedure 4(c)(3), and states:

1. Plaintiff is proceeding in this action in forma pauperis pursuant to the Court's Order granting Plaintiff's motion to proceed in forma pauperis.

2. Federal Rule of Civil Procedure 4(c)(3) provides, in relevant part: "At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal... The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915."

3. Thus, under Rule 4(c)(3), service by the United States Marshal is mandatory where a plaintiff is proceeding in forma pauperis.

4. Plaintiff has prepared summonses and USM-285 forms for each Defendant and presented them to the Clerk of Court for issuance.

5. The Clerk issued the summonses but informed Plaintiff that the Clerk would not forward the summonses and service packets to the United States Marshal absent explicit language in a Court order directing service by the Marshal.

6. As Plaintiff is proceeding in forma pauperis and Rule 4(c)(3) uses mandatory language ("the court must so order"), Plaintiff respectfully requests that the Court enter an order directing the Clerk to forward the issued summonses, complaints, and USM-285 forms to the United States Marshal for service.

7. Plaintiff makes this request in good faith to comply with the Court's service deadline and the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order directing the Clerk of Court to provide the issued summonses and service packets to the United States Marshal for service upon Defendants pursuant to Federal Rule of Civil Procedure 4(c)(3), and for such other relief as the Court deems just and proper.

Respectfully submitted,

Dustin DuFault
815 Stanley Dr
Fernandina Beach, FL 32034
Tel: 410.982.9607
Email: legalservice@halcyonharbor.com
Pro Se Plaintiff

## CERTIFICATE REGARDING SERVICE

No defendant has been served under Federal Rule of Civil Procedure 4 or appeared in this action. Accordingly, there is presently no attorney of record and no party subject to Rule 5 service for this filing. Plaintiff will serve this paper promptly on any defendant who is served under Rule 4 or who appears, and will serve all subsequent filings as required by Rule 5.

/s/ Dustin DuFault

Dustin DuFault