In The United States District Court
For The Middle District Of Florida
Jacksonville Division

Dustin DuFault,

Plaintiff, CASE NO. 3:25-cv-683-MMH-MCR

V.

Sheriff Bill Leeper, In His Official Capacity
as Sheriff of Nassau County;
Director John Anstett, In His Individual Capacity;
Director Robert "Bobby" Lippelman, In His Individual Capacity;
Sergeant Kellam Paolillo, In His Individual Capacity; And
Detective Ivan Pinkston, In His Individual Capacity;

Defendants.

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Direct Service by the United States Marshal Pursuant to Federal Rule of Civil Procedure 4(c)(3). Plaintiff is proceeding in this action in forma pauperis. Under Federal Rule of Civil Procedure 4(c)(3), the Court must order that service be made by a United States marshal or deputy marshal when a plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915.

Accordingly, it is hereby **ORDERED:**

1. Plaintiff's Motion is **GRANTED**.

2. The Clerk of Court is directed to provide the issued summonses, copies of the Complaint, and completed USM-285 forms to the United States Marshal.

3. The United States Marshal is directed to serve the summonses and Complaint upon Defendants in accordance with Federal Rule of Civil Procedure 4.

4. The costs of service shall be advanced by the United States.

DONE AND ORDERED in Jacksonville, Florida, this ____ day of ____________, 2026.