In The United States District Court
For The Middle District Of Florida
Jacksonville Division

Dustin DuFault,

        Plaintiff,                      CASE NO. 3:25-cv-683-MMH-MCR

V.

Sheriff Bill Leeper, In His Official Capacity
as Sheriff of Nassau County;
Director John Anstett, In His Individual Capacity;
Director Robert "Bobby" Lippelman, In His Individual Capacity;
Sergeant Kellam Paolillo, In His Individual Capacity; And
Detective Ivan Pinkston, In His Individual Capacity;

        Defendants.

## PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE

## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)

Plaintiff, Dustin DuFault, proceeding pro se and in forma pauperis, respectfully

moves the Court for an extension of time to complete service of process

and states:

1. Plaintiff initiated this action and was subsequently granted leave to

proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2. The Court has directed that service be completed on or before May 18, 2026.

3. In accordance with Federal Rule of Civil Procedure 4, Plaintiff prepared summonses and USM-285 forms for each Defendant and presented them to the Clerk of Court for issuance.

4. The Clerk issued the summonses but informed Plaintiff that the Clerk would not forward the summonses and service packets to the United States Marshal absent an explicit Court order directing service by the Marshal.

5. Plaintiff subsequently filed a Motion to Direct Service by the United States Marshal pursuant to Federal Rule of Civil Procedure 4(c)(3), which remains pending before the Court.

6. Under Rule 4(c)(3), the Court must order that service be made by a United States marshal when a plaintiff is authorized to proceed in forma pauperis.

7. Plaintiff has been unable to complete service due to the absence of such an order and the Clerk's refusal to forward service packets to the Marshal without express direction from the Court.

8. Plaintiff has acted diligently and in good faith in attempting to effectuate service and has taken all steps within his control to comply with the Federal Rules and the Court's directives.

9. Good cause therefore exists to extend the time for service under Rule 4(m).

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for service by sixty (60) days, or such time as the Court deems appropriate, to allow for completion of service following the Court's ruling on Plaintiff's pending motion regarding service by the United States Marshal.

Respectfully submitted,

Dustin DuFault
815 Stanley Dr
Fernandina Beach, FL 32034
Tel: 410.982.9607
Email: legalservice@halcyonharbor.com
Pro Se Plaintiff

## CERTIFICATE REGARDING SERVICE

No defendant has been served under Federal Rule of Civil Procedure 4 or appeared in this action. Accordingly, there is presently no attorney of record and no party subject to Rule 5 service for this filing. Plaintiff will serve this paper promptly on any defendant who is served under Rule 4 or who appears, and will serve all subsequent filings as required by Rule 5.

/s/ Dustin DuFault

Dustin DuFault

3