UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUSTIN DUFAULT,

      Plaintiff,

v.                                                    CASE NO. 3:25-cv-683-MMH-MCR

SHERIFF BILL LEEPER,
etc., *et al.*,

      Defendants.
_____/

## <u>ORDER</u>

**THIS CAUSE** is before the Court on Plaintiff's Motion to Direct Service by the United States Marshal (Doc. 22) and Plaintiff's Motion to Extend Time for Service (Doc. 23) (collectively "Motions"). Because Plaintiff is proceeding as a *pauper* under 28 U.S.C. § 1915, the Court will direct the United States Marshal's Service ("USM") to perfect service of process on Defendants. *See* Fed. R. Civ. P. 4(c)(3). Additionally, the Court finds good cause for Plaintiff's sixty-day extension request to serve Defendants.

Accordingly, it is **ORDERED**:

1. The Motions (**Docs. 22 & 23**) are **GRANTED**.

2. The USM must perfect service of process on Defendants **on or before June 24, 2026**.

**DONE AND ORDERED** in Jacksonville, Florida, on April 23, 2026.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

*Pro se* Plaintiff

2