FILED - USDC - FLMD - JAX
JUN 24 2026 AM11:34

In The United States District Court
For The Middle District Of Florida
Jacksonville Division

DUSTIN DUFAULT,

Plaintiff, CASE NO. 3:25-cv-683-MMH-MCR

V.

SHERIFF BILL LEEPER, In His Official Capacity
as Sheriff of Nassau County, et al.,

Defendants.

**NOTICE OF CHANGE OF ADDRESS AND NOTICE REGARDING PLAINTIFF'S FINANCIAL CIRCUMSTANCES**

Plaintiff, Dustin DuFault, proceeding *pro se* and *in forma pauperis*, file this Notice and states:

1. Plaintiff's mailing address has changed.

2. Effective immediately, Plaintiff's address for all purposes in this action is:

37425 Cody Circle, Apt. C12

Hilliard, Florida 32046

3. Plaintiff respectfully requests that the Clerk update the Court's records to reflect the foregoing address.

4. Plaintiff further provides notice that subsequent to the Court's grant of leave to proceed in forma pauperis, Plaintiff's former homestead property was sold.

5. Although the sale has closed, Plaintiff understands that the proceeds attributable to his Florida homestead remain protected under Florida's constitutional homestead protections and are being maintained as protected proceeds intended for reinvestment into another homestead.

6. Plaintiff presently does not have unrestricted access to those proceeds without impairing those homestead protections.

7. Accordingly, Plaintiff remains unable to pay the costs of this litigation and continues to proceed in forma pauperis.

8. Plaintiff submits this Notice out of an abundance of caution so that the Court is fully apprised of Plaintiff's current address and circumstances.

Respectfully submitted,

Dustin DuFault
37425 Cody Circle; Apt C12
Hilliard, FL 32046
Tel: 410.982.9607
Email: legalservice@halcyonharbor.com
*Pro Se* Plaintiff

## CERTIFICATE REGARDING SERVICE

No defendant has been served under Federal Rule of Civil Procedure 4 or appeared in this action. Accordingly, there is presently no attorney of record and no party subject to Rule 5 service for this filing. Plaintiff will serve this paper promptly on any defendant who is served under Rule 4 or who appears, and will serve all subsequent filings as required by Rule 5.

/s/ Dustin DuFault

Dustin DuFault