AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-683-MMH-MCR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Detective Tuan Pinkston

was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)* 77151 Citizens Circle
Yulee, FL 32097 _____ on *(date)* 6-23-2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: 6-23-2026

_____
*Server's signature*

Daniel Hart    DUSM
*Printed name and title*


300 North Hogan Street, Jacksonville, FL 32202
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-683-MMH-MCR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Director Robert "Bobby" Lippelman

was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)* 77151 Citizens circle, Yulee, FL 32097
_____ on *(date)* 6-23-2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: 6-23-2026

_____
Server's signature

Daniel Hart      DOSM
Printed name and title


300 North Hogan Street Jacksonville, FL 32202
Server's address


Additional information regarding attempted service, etc: