AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:25-cv-683-MMH-MCR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Kellam Paolillo

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: 6-23-2026

_____
*Server's signature*

Daniel Hart          DUSM
_____
*Printed name and title*


300 North Hogan Street, Jacksonville, FL 32202
_____
*Server's address*

Additional information regarding attempted service, etc:

DUSM Hart attempted service of process on Detective Kellam Paolillo at Nassau County Sheriff's office and was informed subject had been terminated from agency. DUSM Hart would respectfully request an extension to give time for USMS to attempt service at his last known address.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:25-cv-683-MMH-MCR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Director John Anstett

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*

Process sent to Director John Anstett on 6-19-2026

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-23-2026

_____
*Server's signature*

Daniel Hart  DOSM
_____
*Printed name and title*

300 North Hogan Street, Jacksonville, FL 32202
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:25-cv-683-MMH-MCR

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sheriff Bill Leeper

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
The United States Marshal Service would respectfully request a ten day extension.
On 6-23-2026, DUSM Hart went to Nassau Sheriff's office and Sheriff Leeper was out of town at conference.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-23-2026 _____          _____
                                         *Server's signature*

                                        Daniel Hart  DUSM
                                        *Printed name and title*

                                        300 North Hogan Street, Jacksonville, FL 32202
                                        *Server's address*

Additional information regarding attempted service, etc:

DUSM Hart spoke with Nassau County Sheriff's office general counsel who advised Sheriff Leeper would be available to accept service again on 6-24-2026.