AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida    ▾

| | | |
|---|---|---|
| DuFault, Dustin | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:25-cv-00683-MMH-MCR |
| Nassau County Sheriff Bill Leeper, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert Lippelman                                                                                                    .

Date:        06/29/2026                                                                    /s/ Dale A. Scott
                                                                                                *Attorney's signature*


                                                                                                Dale A. Scott
                                                                                        *Printed name and bar number*
                                                                                    Tessitore Mari Scott, PLLC
                                                                            1485 International Parkway, Suite 2031
                                                                                        Lake Mary, FL 32746


                                                                                                *Address*


                                                                    dscott@tessmari.com; ehemphill@tessmari.com
                                                                                        *E-mail address*


                                                                                        (321) 363-1634
                                                                                        *Telephone number*


                                                                                        (321) 319-9095
                                                                                        *FAX number*