AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| DuFault, Dustin | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:25-cv-00683-MMH-MCR |
| Nassau County Sheriff Bill Leeper, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ivan Pinkston                                                                            .

Date:     06/29/2026

/s/ Dale A. Scott
*Attorney's signature*

Dale A. Scott
*Printed name and bar number*
Tessitore Mari Scott, PLLC
1485 International Parkway, Suite 2031
Lake Mary, FL 32746

*Address*

dscott@tessmari.com; ehemphill@tessmari.com
*E-mail address*

(321) 363-1634
*Telephone number*

(321) 319-9095
*FAX number*