UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUSTIN DUFAULT,

         Plaintiff,

v.

SHERIFF BILL LEEPER, in his official
capacity as Sheriff of Nassau County, et al.

         Defendants.
_____/

Case No. 3:25-cv-00683-MMH-MCR

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of docs. 29 and 30 were furnished via U.S. mail on

this 29th day of June, 2026, to:

Dustin DuFault
37425 Cody Circle
Apt. C12
Hilliard, FL 32046
Pro se plaintiff

By:   /s/ Dale A. Scott
      Dale A. Scott, Esq.
      Fla. Bar No. 568821
      dscott@tessmari.com
      ehemphill@tessmari.com
      Tessitore Mari Scott, PLLC
      1485 International Pkwy., Ste. 2031
      Lake Mary, FL 32746-5352
      Tel:  321-363-1634
      Fax:  321-319-9095
      Counsel for Robert Lippelman and
      Ivan Pinkston