UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUSTIN DUFAULT,

                                       Case No. 3:25-cv-00683-MMH-MCR

         Plaintiff,

v.

SHERIFF BILL LEEPER, in his official
capacity as Sheriff of Nassau County, et al.

         Defendants.

_____/

### DEFENDANTS LIPPELMAN AND PINKSTON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Defendants Lippelman and Pinkston, pursuant to Federal Rule of Civil Procedure 6(b), respectfully move for a twenty (20) day extension of time to respond to Plaintiff's Second Amended Complaint (Doc. 15), and state as follows:

1.       Defendants' current deadline to respond to the Second Amended Complaint is July 14, 2026.

2.       Due to prior work commitments and overlapping significant litigation matters since accepting service of the Second Amended Complaint, defendants' recently retained undersigned counsel has been unable to devote sufficient time to preparing a considered response by the current deadline.

3.       A twenty (20) day extension will allow defendants to prepare and file a considered response without undue hardship or prejudice.

4.      This is defendants' first request for an extension of time to respond to the Second Amended Complaint.

WHEREFORE, defendants respectfully request that the Court extend their deadline to respond to the Second Amended Complaint by twenty (20) days, through and including August 3, 2026.

## LOCAL RULE 3.01(g) CERTIFICATION

The above defendants certify that before filing this motion, their undersigned counsel conferred with plaintiff, and plaintiff does not oppose the relief sought herein.

Respectfully submitted on this 13th day of July, 2026.

By:   /s/ Dale A. Scott
      Dale A. Scott, Esq.
      Fla. Bar No. 568821
      dscott@tessmari.com
      ehemphill@tessmari.com
      Tessitore Mari Scott, PLLC
      1485 International Pkwy., Ste. 2031
      Lake Mary, FL 32746-5352
      Tel:  321-363-1634
      Fax:  321-319-9095
      Counsel for Robert Lippelman and
      Ivan Pinkston

2

CERTIFICATE OF SERVICE

I certify that a copy of this document has been furnished via e-mail on this 13th

day of July, 2026, to:

Dustin DuFault
dustin@halcyonharbor.com
37425 Cody Circle
Apt. C12
Hilliard, FL 32046
Pro se plaintiff

By:   /s/ Dale A. Scott
Dale A. Scott, Esq.
Fla. Bar No. 568821
dscott@tessmari.com
ehemphill@tessmari.com
Tessitore Mari Scott, PLLC
1485 International Pkwy., Ste. 2031
Lake Mary, FL 32746-5352
Tel:  321-363-1634
Fax:  321-319-9095
Counsel for Robert Lippelman and
Ivan Pinkston