UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUSTIN DUFAULT,

      Plaintiff,

v.

SHERIFF BILL LEEPER, in his official
capacity as Sheriff of Nassau County, et al.

      Defendants.

_____/

Case No. 3:25-cv-00683-MMH-MCR

### DEFENDANTS LIPPELMAN AND PINKSTON'S
### UNOPPOSED SECOND MOTION FOR EXTENSION OF
### TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Defendants Lippelman and Pinkston, pursuant to Federal Rule of Civil Procedure 6(b), respectfully move for a second extension of time through and including August 11, 2026, to respond to Plaintiff's Second Amended Complaint (doc. 15), and state as follows:

1.    Pursuant to this Court's prior Order granting Defendants' first unopposed motion for extension of time (doc. 32), Defendants Lippelman and Pinkston's current deadline to respond to the Second Amended Complaint is August 3, 2026.

2.    Defendant John Anstett was served with process on July 21, 2026, and the undersigned has been retained to represent him in this action.

3.    Under the Federal Rules of Civil Procedure, Defendant Anstett's deadline to respond to the Second Amended Complaint is August 11, 2026.

4.      Because the undersigned now represents all three served individual defendants, Defendants Lippelman, Pinkston, and Anstett seek a unified response deadline.  Allowing all three defendants to file a single responsive pleading on the same date will promote judicial economy, avoid piecemeal filings, permit the coordinated presentation of their positions, and conserve the resources of both the parties and the Court.

5.      Accordingly, Defendants Lippelman and Pinkston respectfully request a brief, additional extension of their response deadline from August 3, 2026, through and including August 11, 2026.  Plaintiff does not oppose the requested extension.

WHEREFORE, Defendants Lippelman and Pinkston respectfully request that the Court extend their deadline to respond to Plaintiff's Second Amended Complaint through and including August 11, 2026.

## LOCAL RULE 3.01(g) CERTIFICATION

The above defendants certify that before filing this motion, their undersigned counsel conferred with plaintiff, and plaintiff does not oppose the relief sought herein.

Respectfully submitted on this 3rd day of August, 2026.

By:    /s/ Dale A. Scott
       Dale A. Scott, Esq.
       Fla. Bar No. 568821
       dscott@tessmari.com
       ehemphill@tessmari.com
       Tessitore Mari Scott, PLLC
       1485 International Pkwy., Ste. 2031
       Lake Mary, FL 32746-5352
       Tel:  321-363-1634
       Fax:  321-319-9095
       Counsel for John Anstett, Robert
       Lippelman and Ivan Pinkston

CERTIFICATE OF SERVICE

I certify that a copy of this document has been furnished via email on this 3rd

day of August, 2026, to:

Dustin DuFault
dustin@halcyonharbor.com
37425 Cody Circle
Apt. C12
Hilliard, FL 32046
Pro se plaintiff

By:    /s/ Dale A. Scott
       Dale A. Scott, Esq.

3