In The United States District Court
For The Middle District Of Florida
Jacksonville Division

DUSTIN DUFAULT,

Plaintiff, CASE NO. 3:25-cv-683-MMH-MCR

V.

SHERIFF BILL LEEPER, In His Official Capacity
as Sheriff of Nassau County, et al.,

Defendants.

**PLAINTIFF'S MOTION FOR STATUS REGARDING OUTSTANDING SERVICE OF PROCESS AND FOR FURTHER DIRECTION**

Plaintiff, Dustin DuFault, proceeding pro se and in forma pauperis, respectfully moves the Court for a status determination regarding outstanding service of process and for further direction, and states:

1. Plaintiff is proceeding in this action in forma pauperis.

2. Pursuant to the Court's Order directing service by the United States Marshals Service under Federal Rule of Civil Procedure 4(c)(3), Plaintiff timely prepared the required service packets and, after being directed to do so by the Clerk's Office, personally delivered the issued summonses and service documents to the United States Marshals Service.

3. On June 25, 2026, the United States Marshals Service filed returns reflecting successful service upon Defendants Ivan Pinkston and Robert Lippelman.

4. In those same filings (**Exhibit A**), the United States Marshals Service advised the Court that:

a. Sheriff Bill Leeper could not then be served because he was reportedly out of town, and requested an additional ten (10) days within which to complete service upon his return; and

b. Former Officer Kellam Paolillo was no longer employed by the Nassau County Sheriff's Office, and the Marshals Service likewise requested additional time to attempt service at his last known address.

5. The Court has not entered an Order addressing those requested extensions.

6. More than the additional ten-day period requested by the United States Marshals Service has now elapsed.

7. Despite the passage of that time, the docket does not presently reflect either completed service or supplemental returns describing the status of service efforts as to Sheriff Bill Leeper or former Officer Kellam Paolillo.

8. Since those filings, counsel has appeared on behalf of Defendants Pinkston, Lippelman, and Anstett, and has represented to Plaintiff that Director John Anstett

was served by the United States Marshals Service on July 21, 2026. Plaintiff therefore understands the prior uncertainty regarding Director Anstett's service has been resolved.

9. Plaintiff has fully complied with every obligation imposed upon him concerning service of process. Once the service packets were accepted by the United States Marshals Service pursuant to the Court's Order, Plaintiff had no further ability to effect or supervise service.

10. Plaintiff files this motion solely to obtain clarification regarding the outstanding service issues so that this matter may proceed upon a clear procedural footing.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Direct the United States Marshals Service to file a status report or supplemental returns advising the Court of the current status of service efforts upon Sheriff Bill Leeper and former Officer Kellam Paolillo;

B. If service has not yet been completed, provide such further direction as the Court deems appropriate to effectuate service upon those Defendants; and

C. Grant such other and further relief as the Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Middle District of Florida Local Rule 3.01(g), I hereby certify that I conferred with opposing counsel, Dale A. Scott, via email regarding the relief requested in this motion. Attorney Scott advised that his clients do not take a position as to this motion.

Respectfully submitted,

Dustin DuFault
37425 Cody Circle; Apt C12
Hilliard, FL 32046
Tel: 410.982.9607
Email: legalservice@halcyonharbor.com
*Pro Se* Plaintiff

## CERTIFICATE REGARDING SERVICE

I HEREBY CERTIFY that on August 10, 2026, I hand-delivered the foregoing to the Clerk of Court, United States District Court for the Middle District of Florida, Jacksonville Division, for filing, and that on the same date I served a true and correct copy of the foregoing by United States first-class mail, postage prepaid, upon:

Dale A. Scott

Tessitore, Mari, Scott, PLLC

1485 International Parkway; Suite 2031

Lake Mary, FL 32746

Counsel for Defendants John Anstett, Robert Lippelman, and Ivan Pinkston.

Defendants Bill Leeper and Kellam Paolillo have not appeared in this action and no counsel has entered an appearance on their behalf. No service of this motion was made upon them.

Dustin DuFault