UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUSTIN DUFAULT,

      Plaintiff,

v.                                                                  Case No. 3:25-cv-683-MMH-SJH

SHERIFF BILL LEEPER, etc., et al.,

      Defendants.

_____

## **ORDER**

**THIS CAUSE** is before the Court on Plaintiff's motion to extend time for service, Doc. 25, and motion for status update regarding outstanding service of process, Doc. 37 (collectively, "Motions").

The Court previously directed the United States Marshal's Service ("USM") to perfect service on Defendants on or before June 24, 2026. Doc. 24. On June 25, 2026, USM filed unexecuted returns of service for Defendants Kellam Paolillo and Sheriff Bill Leeper, requesting an extension of time to perfect service. Doc. 28.

Accordingly, the Motions are **granted** to the extent that the deadline for service is extended up to and including **September 11, 2026**. USM is directed to perfect service on Defendants Kellam Paolillo and Sheriff Bill Leeper on or before **September 11, 2026**. The United States must advance the costs of service of process.

**DONE AND ORDERED** in Jacksonville, Florida, on August 12, 2026.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

*Pro se* Plaintiff
Counsel of Record