FILED - USDC - FLMD - JAX
AUG 21 2026 AM9:19

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Dustin DuFault | COURT CASE NUMBER<br>3:25-cv-683-MMH-MCR |
| DEFENDANT<br>Director John Anstett, In His Individual Capacity | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nassau County Sheriff's Office
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
77151 Citizens Circle, Yulee, FL 32097

| | | |
|---|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Dustin DuFault<br>815 Stanley Drive<br>Fernandina Beach, FL 32034 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 18 | No. 18 | [signature] | 6-23-2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 6-19-2026 | 12:55 | ☐ am ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] DUSM |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

John Anstett sent and recieved process on 6-19-2026

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-683-MMH-MCR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Director John Anstett

was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________ ; or

☑ Other *(specify)*:
Process Sent to Director John Anstett on 6-19-2026

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-23-2026

[signature]
*Server's signature*

Daniel Hart DUSM
*Printed name and title*

300 North Hogan Street, Jacksonville, FL 322
*Server's address*

Additional information regarding attempted service, etc: