FILED - USDC - FLMD - JAX
SEP 3 2026 PM2:51

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-683-MMH-SJH

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Sheriff Bill Leeper
was received by me on *(date)* 8-12-2026 .

☑ I personally served the summons on the individual at *(place)* 77151 citizens circle, Yulee, FL 32097 on *(date)* 8-26-2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________, who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because __________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-26-2026

[signature]
*Server's signature*

Daniel Hart DUSM
*Printed name and title*

300 North Hogan Street, Jacksonville, FL 32202
*Server's address*

Additional information regarding attempted service, etc: