IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUSTIN DUFAULT,

Plaintiff, CASE NO. 3:25-cv-683-MMH-MCR

V.

SHERIFF BILL LEEPER, In His Official Capacity
as Sheriff of Nassau County; et al.,

Defendants.

**PLAINTIFF'S SUPPLEMENT UNDER LOCAL RULE 3.01(g)(3) TO HIS RENEWED MOTION TO EXTEND THE DEADLINE FOR SERVICE ON DEFENDANT PAOLILLO (DOC. 46)**

Pursuant to Local Rule 3.01(g)(3), Plaintiff supplements the Local Rule 3.01(g) certificate in his renewed motion to extend the deadline for service on Defendant Paolillo (Doc. 46, filed September 14, 2026).

The motion's certificate stated that counsel for the served Defendants had not responded to Plaintiff's September 13, 2026 conferral email as of the motion's filing. Shortly after Plaintiff departed to file the motion, and before he could review further correspondence, counsel responded by email at 1:37 p.m. on September 14,

2026, stating: "Defendants take no position re the relief you request in your planned motion."

Accordingly, Plaintiff certifies that Defendants Anstett, Lippelman, and Pinkston, through counsel, take no position on the motion. Defendant Paolillo has not appeared and could not be conferred with. Sheriff Leeper appeared via counsel's *Motion to Dismiss* filed on September 15, 2026 and has no stated position.

Respectfully submitted,

Dustin DuFault
Pro Se Plaintiff
37425 Cody Circle, Apt. C12
Hilliard, FL 32046
410.982.9607
dustin@halcyonharbor.com
Date: September 21, 2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2026, I served a true and correct copy of the foregoing by United States first-class mail, postage prepaid, upon Dale

A. Scott, Esq., Tessitore, Mari, Scott, PLLC, 1485 International Parkway, Suite 2031, Lake Mary, FL 32746, counsel for Defendants Anstett, Lippelman, Pinkston, and Leeper.

Dustin DuFault