DUSTIN DUFAULT
37425 CODY CIRCLE APT C12
HILLIARD, FL 32046

JACKSONVILLE RPDC 320
22 SEP 2026 PM 1 L

Thinking




BRYAN SIMPSON UNITED STATES COURTHOUSE
CLERKS OFFICE – 9TH FLOOR

300 NORTH HOGAN STREET
JACKSONVILLE, FL 32202

32202-429899