**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DUSTIN DUFAULT,

Plaintiff,

v. Case No. 3:25-cv-683-MMH-SJH

SHERIFF BILL LEEPER, in his official capacity as Sheriff of Nassau County, et al.,

Defendants.

---

# ORDER TO SHOW CAUSE

The parties are directed to **show cause** by a written response filed on or before **October 14, 2026**, why this case should not be **dismissed** for lack of prosecution pursuant to Local Rule 3.10, or **sanctions** imposed due to the parties' failure to file a Case Management Report within the time prescribed by Local Rule 3.02.[1]

[1] The parties are reminded that pursuant to Local Rule 3.02(a)(2), they must utilize the uniform case management report form on the Court's website.

The parties are cautioned that failure to respond to this order may result in the **dismissal** of the action or the entry of **sanctions** without further notice.

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of September, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties