UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CHOOSE DIVISION

Plaintiffs,

Case No.

v.

Defendants.

______________________________

**Mediation Report**

The parties held a mediation conference on ______________________, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

☐ lead counsel

☐ the parties or a party's surrogate satisfactory to the mediator

☐ any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

## 2. Outcome

| |
|---|
| Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten. |

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☐ The parties have reached an impasse.

______________________________

Add name of mediator
If counsel, add name of client
Add date of signature