# U.S. District Court
# Middle District of Florida (Jacksonville)
# CIVIL DOCKET FOR CASE #: 3:25-cv-00683-MMH-SJH

| | |
|---|---|
| DuFault v. Leeper et al | Date Filed: 06/17/2025 |
| Assigned to: Judge Marcia Morales Howard | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Samuel J. Horovitz | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Dustin DuFault** represented by **Dustin DuFault**
37425 Cody Circle
Apt. C12
Hilliard, FL 32046
410-982-9607
PRO SE

V.

**Defendant**

**Nassau County Sheriff's Office**
*TERMINATED: 09/26/2025*

**Defendant**

**Sheriff Bill Leeper**
*in his official capacity as Sheriff of Nassau County*
represented by **Dale A. Scott**
Tessitore Mari Scott, PLLC
1485 International Pkwy., Suite 2031
Lake Mary, FL 32746-5352
321-363-1634
Fax: 321-319-9095
Email: dscott@tessmari.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe Deputies 1-3**
*in their individual capacities*
*TERMINATED: 09/26/2025*

**Defendant**

**Director John Anstett**
*in his individual capacity*
represented by **Dale A. Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Sergeant Kellam Paolillo**<br>*in his individual capacity* | represented by | **Dale A. Scott**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Detective Ivan Pinkston**<br>*in his individual capacity* | represented by | **Dale A. Scott**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Director Robert Lippelman**<br>*in his individual capacity*<br>*also known as*<br>Bobby | represented by | **Dale A. Scott**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2025 | 1 | COMPLAINT against All Defendants with Jury Demand filed by Dustin Dufault. (Attachments: # 1 Civil Cover Sheet)(ELA) (Entered: 06/17/2025) |
| 06/17/2025 | 2 | MOTION to Proceed In Forma Pauperis by Dustin Dufault. (ELA) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 06/17/2025) |
| 06/17/2025 | 3 | MOTION for Permission to File Electronically Through CM/ECF by Dustin Dufault. (ELA) (Entered: 06/17/2025) |
| 07/25/2025 | 4 | **ORDER denying without prejudice 2 Plaintiff's Motion to Proceed In Forma Pauperis and 3 Plaintiff's Motion for Permission to File Electronically. Plaintiff's filing due by 8/8/25. See Order for details. Signed by Magistrate Judge Monte C. Richardson on 7/24/2025. (TAM)** (Entered: 07/25/2025) |
| 07/31/2025 | 5 | AMENDED MOTION for Permission to File Electronically and to Accept Electronic Service, and Memorandum of Law by Dustin Dufault. (ELA) (Entered: 07/31/2025) |
| 07/31/2025 | 6 | MOTION to Proceed In Forma Pauperis by Dustin Dufault. (ELA) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 07/31/2025) |
| 07/31/2025 | 7 | SUPPLEMENTAL Affidavit in Support of 6 MOTION to Proceed In Forma Pauperis by Dustin Dufault. (ELA) (Entered: 07/31/2025) |
| 09/10/2025 | 8 | **ORDER taking under advisement 6 Plaintiff's Motion to Proceed In Forma Pauperis. Plaintiff's filing due by 9/24/25. See Order for details. Signed by Magistrate Judge Monte C. Richardson on 9/10/2025. (TAM)** (Entered: 09/10/2025) |
| 09/12/2025 | 9 | **ORDER denying without prejudice 5 Plaintiff's Amended Motion for Permission to File Electronically and to Accept Electronic Service. See Order for details. Signed by Magistrate Judge Monte C. Richardson on 9/11/2025. (TAM)** (Entered: 09/12/2025) |
| 09/24/2025 | 10 | MOTION for Two-Day Extension of Time to File Amended Complaint by Dustin Dufault. (Attachments: # 1 Exhibit A)(ELA) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 09/24/2025) |

| | | |
|---|---|---|
| 09/26/2025 | 11 | AMENDED COMPLAINT against Bill Leeper, John Anstett, Kellam Paolillo, Ivan Pinkston with Jury Demand. Terminating John Doe Deputies 1-3 and Nassau County Sheriff's Office. Filed by Dustin DuFault. (Attachments: # 1 Exhibits A - N)(BD) (Entered: 09/26/2025) |
| 09/29/2025 | 12 | **ENDORSED ORDER granting 10 Motion for Two-Day Extension of Time to File Amended Complaint. Plaintiff's 11 Amended Complaint is accepted as timely filed. Signed by Magistrate Judge Monte C. Richardson on 9/29/2025. (TAM)** (Entered: 09/29/2025) |
| 10/06/2025 | 13 | MOTION to Amend 11 Amended Complaint, by Dustin DuFault. (Attachments: # 1 Proposed Second Amended Complaint, # 2 Exhibits A-U to go with Proposed Second Amended Complaint)(JVC) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 10/06/2025) |
| 10/10/2025 | 14 | **ENDORSED ORDER granting 13 Plaintiff's Motion for Leave to File Second Amended Complaint. Plaintiff shall file the second amended complaint as a separate document on or before October 22, 2025. Signed by Magistrate Judge Monte C. Richardson on 10/10/2025. (TAM)** (Entered: 10/10/2025) |
| 10/22/2025 | 15 | SECOND AMENDED COMPLAINT against John Anstett, Bill Leeper, Kellam Paolillo, Ivan Pinkston, Robert Lippelman filed by Dustin DuFault. (Attachments: # 1 Exhibits A - U)(BD) (Entered: 10/22/2025) |
| 12/11/2025 | 16 | **ORDER denying without prejudice 6 Plaintiff's Motion to Proceed In Forma Pauperis. Plaintiff's filing due by 12/24/25. See Order for details. Signed by Magistrate Judge Monte C. Richardson on 12/9/2025. (TAM)** (Entered: 12/11/2025) |
| 12/15/2025 | 17 | MOTION to Proceed In Forma Pauperis by Dustin DuFault. (ELA) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 12/16/2025) |
| 12/15/2025 | 18 | SUPPLEMENTAL DECLARATION in Support of 17 MOTION to Proceed In Forma Pauperis by Dustin DuFault. (ELA) (Entered: 12/16/2025) |
| 02/18/2026 | 19 | **ENDORSED ORDER granting 17 Plaintiff's Motion to Proceed In Forma Pauperis. Signed by Magistrate Judge Monte C. Richardson on 2/17/2026. (TAM)** (Entered: 02/18/2026) |
| 02/18/2026 | 20 | **ORDER advising pro se Plaintiff of some procedural rules with which he must comply. Plaintiff's proof of service due by 5/18/26. See Order for details. Signed by Magistrate Judge Monte C. Richardson on 2/17/2026. (TAM)** (Entered: 02/18/2026) |
| 03/17/2026 | 21 | SUMMONS issued as to John Anstett, Bill Leeper, Robert Lippelman, Kellam Paolillo, Ivan Pinkston. (ELA) (Entered: 03/17/2026) |
| 03/23/2026 | 22 | MOTION to Direct Service by the United States Marshal by Dustin DuFault. (Attachments: # 1 Text of Proposed Order)(ELA) (Entered: 03/23/2026) |
| 04/20/2026 | 23 | MOTION for Extension of Time "for Service Pursuant to Federal Rule of Civil Procedure 4(m)," filed by Dustin DuFault. (JVC) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 04/20/2026) |
| 04/24/2026 | 24 | **ORDER granting 22 Plaintiff's Motion to Direct Service by the U.S. Marshal and 23 Plaintiff's Motion to Extend Time for Service. Service must be perfected by 6/24/26. See Order for details. Signed by Magistrate Judge Monte C. Richardson on 4/23/2026. (TAM)** (Entered: 04/24/2026) |

| | | |
|---|---|---|
| 06/24/2026 | 25 | MOTION for Extension of Time to Extend Time for Service, filed by Dustin DuFault. (Attachments: # 1 Exhibit A) (JVC) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 06/24/2026) |
| 06/24/2026 | 26 | NOTICE of change of address filed by Dustin DuFault. (JVC) (Entered: 06/24/2026) |
| 06/24/2026 | 27 | RETURN of service executed on 6/23/2026 by Dustin DuFault as to Robert Lippelman, Ivan Pinkston. (JVC) (Entered: 06/25/2026) |
| 06/25/2026 | 28 | SUMMONS returned unexecuted by Dustin DuFault as to John Anstett, Bill Leeper, Kellam Paolillo. (JVC) (Entered: 06/25/2026) |
| 06/29/2026 | 29 | NOTICE of *Lead Counsel* Appearance by Dale A. Scott on behalf of Robert Lippelman (Scott, Dale) (Entered: 06/29/2026) |
| 06/29/2026 | 30 | NOTICE of *Lead Counsel* Appearance by Dale A. Scott on behalf of Ivan Pinkston (Scott, Dale) (Entered: 06/29/2026) |
| 06/29/2026 | 31 | CERTIFICATE of counsel re 29 Notice of appearance, 30 Notice of appearance *i.e., Certificate of Service* by Dale A. Scott on behalf of Robert Lippelman, Ivan Pinkston (Scott, Dale) (Entered: 06/29/2026) |
| 07/13/2026 | 32 | Unopposed MOTION for Extension of Time to File Answer re 15 Amended Complaint *(seeking 20-day extension to August 3, 2026)* by Robert Lippelman, Ivan Pinkston. (Scott, Dale) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 07/13/2026) |
| 07/17/2026 | 33 | **ENDORSED ORDER granting 32 Defendants Lippelman and Pinkston's Unopposed Motion for Extension of Time. Defendants shall respond to the Second Amended Complaint on or before August 3, 2026. Signed by Magistrate Judge Monte C. Richardson on 7/16/2026. (TAM)** (Entered: 07/17/2026) |
| 08/01/2026 | 34 | Case Reassigned to Magistrate Judge Samuel J. Horovitz. New case number: 3:25-cv-00683-MMH-SJH. Magistrate Judge Monte C. Richardson no longer assigned to the case. (FLMD_CMECF_SVC01, ) (Entered: 08/01/2026) |
| 08/03/2026 | 35 | Unopposed MOTION for Extension of Time to File response to Second Amended Complaint, i.e., 8/11/26 by Robert Lippelman, Ivan Pinkston. (Scott, Dale) Motions referred to Magistrate Judge Samuel J. Horovitz. (Entered: 08/03/2026) |
| 08/04/2026 | 36 | **ENDORSED ORDER granting 35 Defendants Lippelman and Pinkston's Unopposed Second Motion for Extension of Time to Respond to Second Amended Complaint. Movants shall have up to and including August 11, 2026, to respond to the 15 Second Amended Complaint. Signed by Magistrate Judge Samuel J. Horovitz on 8/4/2026. (BGR)** (Entered: 08/04/2026) |
| 08/10/2026 | 37 | MOTION for Status Regarding Outstanding Service of Process and for Further Direction by Dustin DuFault. (jkl) (Modified on 8/12/2026, to edit text) (BGR). (Entered: 08/10/2026) |
| 08/10/2026 | 38 | MOTION to Dismiss Second Amended Complaint (doc. 15) by John Anstett, Robert Lippelman, Ivan Pinkston. (Scott, Dale) (Entered: 08/10/2026) |
| 08/11/2026 | 39 | NOTICE of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an |

| | | |
|---|---|---|
| | | action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (JW) (Entered: 08/11/2026) |
| 08/12/2026 | 40 | **ORDER granting Plaintiff's 25 motion to extend time for service and 37 motion for status update regarding outstanding service of process to the extent that the deadline for service is extended up to and including September 11, 2026. The United States Marshal's Service is directed to perfect service on Defendants Kellam Paolillo and Sheriff Bill Leeper on or before September 11, 2026. Signed by Magistrate Judge Samuel J. Horovitz on 8/12/2026. (KTQ)** (Entered: 08/12/2026) |
| 08/21/2026 | 41 | RETURN of service executed on 6/19/2026 by Dustin DuFault as to John Anstett. (JVC) (Entered: 08/21/2026) |
| 08/31/2026 | 42 | RESPONSE in Opposition re 38 MOTION to Dismiss Second Amended Complaint (doc. 15) filed by Dustin DuFault. (JVC) (Entered: 08/31/2026) |
| 09/01/2026 | 43 | **ORDERED: To the extent that Plaintiff requests affirmative relief from the Court, 42 Plaintiff's Response in Opposition to Defendant's Motion to Dismiss is DENIED without prejudice. See Order for details. Signed by Judge Marcia Morales Howard on 9/1/2026. (CJN)** (Entered: 09/01/2026) |
| 09/03/2026 | 44 | RETURN of service executed on 8/26/2026 by Dustin DuFault as to Bill Leeper. (JVC) (Entered: 09/03/2026) |
| 09/04/2026 | 45 | MOTION for Leave to Amend 15 Second Amended Complaint by Dustin DuFault. (Attachments: # 1 Proposed Third Amended Complaint, # 2 Exhibits A-X) (JVC) Motions referred to Magistrate Judge Samuel J. Horovitz. (Entered: 09/04/2026) |
| 09/14/2026 | 46 | RENEWED MOTION to extend the deadline for service and for a Status Report, filed by Dustin DuFault. (JVC) Motions referred to Magistrate Judge Samuel J. Horovitz. (Entered: 09/14/2026) |
| 09/15/2026 | 47 | MOTION to Dismiss Second Amended Complaint, doc. 15 by Bill Leeper. (Scott, Dale) (Entered: 09/15/2026) |
| 09/23/2026 | 48 | MOTION to Dismiss Second Amended Complaint, doc. 15 by Kellam Paolillo. (Scott, Dale) (Entered: 09/23/2026) |
| 09/24/2026 | 49 | **ENDORSED ORDER: On September 23, 2026, Defendant Kellam Paolillo appeared and filed a motion to dismiss under Federal Rules of Civil Procedure 8, 10, and 12(b)(6). Doc. 48. Accordingly, 46 Plaintiff's Renewed Motion to Extend the Deadline for Service on Defendant Paolillo, for a Status Report from the United States Marshals Service, and Notice of Location Information is denied without prejudice as moot. Signed by Magistrate Judge Samuel J. Horovitz on 9/24/2026. (MSM)** (Entered: 09/24/2026) |
| 09/24/2026 | 50 | SUPPLEMENT under Local Rule 3.01(g)(3) re 46 by Dustin DuFault. (Attachments: # 1 Mailing Envelope)(ANW) (Entered: 09/25/2026) |
| 09/25/2026 | 51 | RETURN of service executed on 9/2/2026 by Dustin DuFault as to Kellam Paolillo. (JVC) (Entered: 09/25/2026) |
| 09/28/2026 | 52 | **ORDER directing the parties to show cause why this case should not be dismissed or sanctions imposed due to their failure to file a Case Management Report. Show Cause Response due by 10/14/2026. Signed by Judge Marcia Morales Howard on 9/28/2026. (JW)** (Entered: 09/28/2026) |

| | | |
|---|---|---|
| 09/28/2026 | 53 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by John Anstett, Bill Leeper, Robert Lippelman, Kellam Paolillo, Ivan Pinkston. (Scott, Dale) (Entered: 09/28/2026) |
| 09/28/2026 | 54 | AMENDED DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by John Anstett, Bill Leeper, Robert Lippelman, Kellam Paolillo, Ivan Pinkston. (Scott, Dale) (Modified on 9/29/2026, to edit text) (BGR). (Entered: 09/28/2026) |
| 09/28/2026 | 55 | NOTICE of Withdrawal of his Renewed Motion to Extend the Deadline for Service on Defendant Paolillo as Moot 46 by Dustin DuFault (Attachments: # 1 Cover Letter, # 2 Mailing Envelope)(AS) (Entered: 09/29/2026) |
| 09/29/2026 | 56 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Dustin DuFault. (JVC) (Entered: 09/29/2026) |
| 10/06/2026 | 57 | RESPONSE in Opposition re 47 MOTION to Dismiss Second Amended Complaint, doc. 15 filed by Dustin DuFault. (JVC) (Entered: 10/06/2026) |
| 10/06/2026 | 58 | RESPONSE in Opposition re 48 MOTION to Dismiss Second Amended Complaint, doc. 15 filed by Dustin DuFault. (JVC) (Entered: 10/06/2026) |
| 10/06/2026 | 59 | CASE MANAGEMENT REPORT. (Scott, Dale) (Entered: 10/06/2026) |