UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUSTIN DUFAULT,

Plaintiff,

v. Case No. 3:25-cv-683-MMH-SJH

SHERIFF BILL LEEPER, etc., et al.,

Defendants.

---

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to File Third Amended Complaint and Incorporated Memorandum of Law, filed on September 4, 2026 ("Motion"). Doc. 45. Upon review, the Motion, which is deemed unopposed, *see* Local Rule 3.01(d), is **granted**.[1] The Clerk of Court is **directed** to file the third amended complaint and its exhibits, Docs. 45-1 and 45-2, as a separate docket entry.

---

[1] Defendants Pinkston, Lippelman, Anstett, Leeper, and Paolillo ("Defendants") are all represented by the same counsel. At the time Plaintiff filed the Motion, some but not all Defendants had appeared, and the Motion was served on counsel for Defendants. The other Defendants (again, represented by the same counsel) have since appeared. It has been more than 14 days since service of the Motion on counsel for Defendants and since the appearance of the last of the Defendants to appear. As such, the Court deems the Motion unopposed. *See* Local Rule 3.01(d). Regardless, the Court does not deem a response to the Motion necessary. *See Hot Wheels Lux, LLC v. Morris*, No. 6:23-cv-394-PGB-DCI, 2024 WL 2273373, at *1 & n.1 (M.D. Fla. Apr. 10, 2024); *see also* Fed. R. Civ. P. 1. Under the liberal standard of Fed. R. Civ. P. 15, a court must "freely give leave to amend unless there is an 'apparent or declared reason' to do otherwise[.]" *See Novo Nordisk, Inc. v. Live Well Drugstore, LLC*, No. 3:23-cv-808-TJC-PDB, 2024 WL 3345334, at *1 (M.D. Fla. July 9, 2024) (citation omitted). Applying this standard, the Motion, which was filed at this early stage of the proceedings and narrows certain claims and allegations, is due to be granted.

The pending motions to dismiss directed to the second amended complaint, Docs. 38, 47, and 48, are **denied without prejudice as moot**. *See Malowney v. Fed. Collection Deposit Grp.*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint."); *Novo Nordisk, Inc. v. Live Well Drugstore, LLC*, No. 3:23-cv-808-TJC-PDB, 2024 WL 3345334, at *1–2 (M.D. Fla. July 9, 2024) (denying as moot motion to dismiss where plaintiff was granted leave to file amended pleading); *see also Schnackenberg v. Toll Bros. Mortg. Co.*, No. 3:24-cv-324-MMH-PDB, 2024 WL 4791930, at *1 (M.D. Fla. Sept. 4, 2024) (denying as moot motion to dismiss directed to prior pleading upon the filing of an amended pleading); *Razi v. Razavi*, No. 5:12-cv-80-Oc-34TBS, 2012 WL 12953932, at *1 (M.D. Fla. June 8, 2012) (same).

**DONE AND ORDERED** in Jacksonville, Florida, on October 8, 2026.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

*Pro se* Plaintiff
Counsel of Record